Kirk A. Pasich (State Bar No. 94242)
pasichk@dicksteinshapiro.com
Susan Page White (State Bar No. 137125)
whites@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone:  (310) 772-8300
Facsimile:   (310) 772-8301

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MANZAREK, an individual; and DOORS TOURING, INC., a California corporation,<br><br>        Plaintiffs,<br>   v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and DOES 1 through 10,<br><br>        Defendants. | CASE NO.: CV-06-2082-R<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |

   IT IS HEREBY AGREED between the parties, plaintiffs Raymond Manzarek and Doors Touring, Inc., and defendant St. Paul Fire and Marine Insurance Company,

//

//

//

//

1
**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

1  through their counsel of record, that this action be dismissed with prejudice.  Each
2  party to bear its own costs.
3
4
## **ORDER**
5
It is so ordered.
6
7
8
_____December 03, 2008
9  The Honorable Manuel L. Real
10 United States District Court Judge

2
**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

DOCSLA-36285v01